W. A. Hocker and Henry G. Dunn as Executors, and Alice E. Dunn as Executrix of the last will and tes-

tament of John F. Dunn, deceased, Plaintiffs in Error, vs. W. D. Bloxham as Governor of the State of Florida, for the use of the State of Florida, Defendant in Error.

Writ of Error to Circuit Court, Leon county; John W. Malone, Judge.

Geo. P. Raney, for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed upon praecipe of counsel for plaintiffs in error.